# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0736. DAVIS v. THE STATE.**

This appeal was docketed on December 22, 2015. On January 19, 2016, this Court ordered appellant to file his brief and enumeration of errors within 10 days.

As of the date of this order, appellant has failed to file the brief and enumeration of errors. Therefore, this appeal is DISMISSED. See Court of Appeals Rules 13 and 23 (a).

TO THE DEFENDANT: Your appeal has been DISMISSED because your attorney failed to file a brief and enumeration of errors. If you have decided you do not want to appeal, you need not do anything more. However, if you still want to appeal, you may have the right to an OUT-OF TIME APPEAL - but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint another attorney for you if you want one and cannot pay for one. If your motion for an out-of-time appeal is denied you may appeal that denial to this court within thirty (30) days of the trial court's decision.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* ___02/12/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*